John Norkus, Esquire
Counsel for Plaintiffs
Attorney ID: 6309795
Lento Law Group P.C.
180 N. Stetson Ave, 35th Floor
Chicago IL 60601
P: (856) 652-2000
F: (856) 375-1010

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRENDA BEZA<br><br>Plaintiff,<br><br>vs.<br><br>OCEANIA UNIVERSITY OF MEDICINE, inclusive,<br><br>Defendant(s). | CASE NO.: 1:25-cv-14253<br><br>**CIVIL ACTION**<br><br>**JURY DEMAND REQUESTED** |

**MOTION TO SHOW CAUSE FOR LEAVE TO FILE CIVIL COVER SHEET**

NOW COMES the Plaintiff, BRENDA BEZA, by and through her attorneys, LENTO LAW GROUP, P.C., and for moves this honorable court to allow her attorney to file civil cover sheet and in so doing, states as follows:

1. On DATE, Plaintiff filed the Complaint with the Court.

2. At the time of the filing, the civil cover sheet required by Local Rule 3.1 was inadvertently missed in filing the action.

3. The omission was the result of clerical oversight and it was not caught during the Thanksgiving holiday period. It was not done in purposes of delay or bad faith.

4. Upon discovering this oversight, the undersigned Plaintiff counsel promptly prepared the civil cover sheet and contemporaneously files it with this motion.

5. No party shall be prejudiced by allowing the late filing. Allowing the filing

merely ensures that the docket accurately reflects the action and facilitates the Court's administrative processing of the case.

6. Good cause therefore exists to permit the civil cover sheet to be filed at this time.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the civil cover sheet instanter and deem it timely filed as of the date of this motion, and grant such other relief as this court deems just.

/s/ John Norkus

John Norkus, Esquire
Counsel for Plaintiffs
Attorney ID: 6309795
Lento Law Group P.C.
180 N. Stetson Ave, 35th Floor
Chicago IL 60601
P: (856) 652-2000
F: (856) 375-1010

Dated: October 17, 2025