John Norkus, Esquire
Counsel for Plaintiffs
Attorney ID: 6309795
Lento Law Group P.C.
180 N. Stetson Ave, 35th Floor
Chicago IL 60601
P: (856) 652-2000
F: (856) 375-1010

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRENDA BEZA<br><br>Plaintiff,<br><br>vs.<br><br>OCEANIA UNIVERSITY OF MEDICINE, inclusive,<br><br>Defendant(s). | CASE NO.: 1:25-cv-14253<br><br>**CIVIL ACTION**<br><br>**JURY DEMAND REQUESTED** |

**REPORT AS TO DUE DILIGENCE**

NOW COMES the Plaintiff, BRENDA BEZA, by and through her attorneys, LENTO LAW GROUP, P.C., and reports to this court as to due diligence and in so doing, states as follows:

1. On November 21, 2025, Plaintiff filed the Complaint with the Court.

2. This action was filed against Defendant, Oceania University of Medicine.

3. Oceania University of Medicine is a foreign corporation with a believed corporate entity established in Samoa.

4. Under Federal Rule of Civil Procedure 4(m) a part must serve a defendant within 90 days after a complaint is filed, a court must dismiss the action without prejudice or order service be made within a specified time. Further if Plaintfiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

5. Additionally, Rule 4(m) provides that the subdivision does not apply to

service in a foreign county under Rule 4(f), 4(h)(2) or 4(j)(1).



6. Here, Rule 4(h)(2) applies as the coporation is a foreign corporation not organized within the United States.

7. Based on that, Rule 4(m) does not apply in this instance.

8. Nevertheless, Plaintiff is exercising due diligence in attempting to have this matter served and advance this action.

9. Plaintiff has engaged in background searches to confirm the appropriate individual/entity to serve in Samoa.

10. Additionally Plaintiff has taken action to determine a process server who can serve legal paperwork in Samoa.

11. Plaintiff has additionally taken work to confirm that she will be in compliance with all service rules as they apply in Samoa.

12. Based on all these, Plaintiff has exercised due diligence in attempting to serve Defendant and will continue seek to have defendant filed in as timely a manner as possible, given the unique circumstances available in this instance as the Defendant is a foreign corporation.

WHEREFORE, Plaintiff respectfully requests that this Court accept this as a report of due diligence by Plaintiff and allow appropriate time for Plaintiff to serve this action on the foreign corporation.

/s/ John Norkus

John Norkus, Esquire
Counsel for Plaintiffs
Attorney ID: 6309795
Lento Law Group P.C.
180 N. Stetson Ave, 35th Floor
Chicago IL 60601
P: (856) 652-2000
F: (856) 375-1010

Dated: October 17, 2025