# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois- Eastern Division

| | | |
|---|---|---|
| BRENDA BEZA,<br>*Plaintiff,*<br><br>**-v-**<br><br>OCENIA UNIVERSITY OF MEDICINE,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-14253<br><br><br>**<u>COMPLAINT AND JURY DEMAND</u>** |

## STATUS REPORT

Plaintiffs, by and through the undersigned counsel, submits this Status Report regarding the current posture of the matter.

**1. Filing of Complaint**

Plaintiff initiated this action by filing the Complaint on 11-21-2025, asserting claims against Defendants, Oceania University of Medicine

**2. Service of Process**

To date Defendant has not yet been served. Defendant is an international party based in Apia, Samoa, and service must be effectuated in compliance with applicable international service requirements.

**3. Efforts to Effectuate Service**

Plaintiff is in the process of service pursuant to the applicable provisions governing service of entities in foreign countries. Plaintiff needed to first locate the proper party to be served to have effective service on the foreign entity. Plaintiff has now initiated action to ensure

it is in compliance with all international requirements in serving documents and anticipates being able to move forward with service now that it has located the entity for which service needs to be effectuated on in order to advance this matter.

**4. Current Status**

Plaintiff anticipates that service will take additional time due to the procedural requirements associated with international service. Plaintiff will promptly seek to finalize and comply with requirements as well as update the court upon completion or if additional issue arises.

**5. Next Steps**

Plaintiff respectfully requests that this Honorable Court allow additional time to compete service on Defendant pursuant to Federal Rule of Civil Procedure 4(m).

Respectfully Submitted,

Dated: April 21, 2026

**LLG National Law Group**

_*/s/ John Norkus*____________
JOHN NORKUS
180 N Stetson Ave., 35th Floor
Chicago, IL 60601
(T) 856.652.2000 x497
(F) 856.375.1010
John.norkus@llgnational.com
*Attorney for Plaintiffs*