# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois- Eastern Division

| | | |
|---|---|---|
| BRENDA BEZA,<br>*Plaintiff,*<br><br>**-v-**<br><br>OCENIA UNIVERSITY OF MEDICINE,<br>*Defendants.* | ) | Case No. 1:25-cv-14253<br><br><br><br>**COMPLAINT AND JURY DEMAND** |

**STATUS REPORT**

Plaintiff, by and through the undersigned counsel, submits this Status Report regarding the current posture of the matter.

**1. Filing of Complaint**

Plaintiff initiated this action by filing the Complaint on November 21, 2025, asserting claims against Defendant, Oceania University of Medicine.

**2. Service of Process**

To date, Defendant has not yet been served. Plaintiff previously identified an address that was believed to be a valid address for effectuating service. Subsequent service efforts established, however, that the address was not actually an address for Defendant. The efforts have been frustrated due to the fact the university is registered in a foreign country and also operates entirely as an online university.

**3. Efforts to Effectuate Service**

Plaintiff has continued investigating potential means of effectuating service. Plaintiff now believes that it has identified a valid address for Taffy Gould, the founder of Oceania University of Medicine. Plaintiff has issued summons and intends to attempt service upon Ms. Gould at the newly identified address.

**4. Current Status**

Summons has been issued, and Plaintiff is proceeding with efforts to serve Ms. Gould. Plaintiff anticipates that this service attempt will permit the matter to advance and will promptly advise the Court upon completion of service or if any additional issue arises.

**5. Next Steps**

Plaintiff respectfully requests that this Honorable Court allow Plaintiff an additional thirty (30) days to attempt service and advance this matter pursuant to Federal Rule of Civil Procedure 4(m).

Respectfully Submitted,

**LLG National Law Group**

Dated: July 29, 2026

_/s/ John Norkus_______________

JOHN NORKUS
180 N Stetson Ave., 35th Floor
Chicago, IL 60601
(T) 856.652.2000 x497
(F) 856.375.1010
John.norkus@llgnational.com
*Attorney for Plaintiffs*