AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-14253**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Oceania University of Medicine**
was received by me on **8/19/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **c/o Taffy Gould**, who is designated by law to accept service of process on behalf of **Oceania University of Medicine** at **251 Crandon Blvd Apt 1231, Key Biscayne, FL 33149** on **08/19/2026 at 5:01 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 106.00** for services, for a total of **$ 106.00**.

I declare under penalty of perjury that this information is true.

Date: 08/19/2026

[signature]

*Server's signature*

**Daisy Diana Lopez**

*Printed name and title*

**5201 Blue Lagoon Drive**
**8 FLoor**
**Miami, FL 33126**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to c/o Taffy Gould with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact over 65 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**

Tracking #: **0237864162**