**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRENDA BEZA,<br><br>Plaintiff,<br><br>vs.<br><br>OCEANIA UNIVERSITY OF MEDICINE,<br><br>Defendant. | Case No.: 1:25-cv-14253 |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

Defendant Oceania University of Medicine, by and through its undersigned counsel, hereby moves for an extension until October 9, 2026, to file an answer or otherwise respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b). In support of its motion, Defendant states as follows:

1. Defendant has not previously sought to extend this deadline.

2. Counsel for Plaintiff stated that his client has no objection to the proposed extension of time.

3. Good cause exists for the proposed extension of time. The undersigned counsel was just recently retained to represent Defendant in this matter, and this additional time is necessary for counsel to review and investigate the allegations of the Complaint.

4. WHEREFORE, Defendant respectfully requests that this Court grant its unopposed motion for an extension of time, extending its deadline to answer or otherwise respond to Plaintiff's Complaint up to and including October 9, 2026.

Respectfully submitted,

Dated: September 8, 2026

KATTEN MUCHIN ROSENMAN LLP

/s/ Kristin J. Achterhof

Kristin J. Achterhof (ARDC 6206476)
Julia L. Mazur (ARDC 6309387)
525 West Monroe Street
Chicago, IL 60661-3693
Phone: 312-902-5200

*Attorneys for Defendant*
*Oceania University of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which will send electronic notice to all attorneys of record.

/s/ Kristin J. Achterhof