**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDA BEZA,<br><br>Plaintiff,<br><br>v.<br><br>OCEANIA UNIVERSITY OF MEDICINE,<br><br>Defendant. | ) | Case No. 25-cv-14253<br><br>Judge Lindsay C. Jenkins |

**DEFENDANT OCEANIA UNIVERSITY OF MEDICINE'S**
**<u>RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendant Oceania University of Medicine ("OUM") respectfully moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice all counts (Counts I–IX) of Plaintiff Brenda Beza's Complaint (Dkt. No. 1). The grounds for this Motion are fully set forth in OUM's accompanying Memorandum of Law.

Dated: October 9, 2026

Respectfully submitted,

/s/ Kristin J. Achterhof
Kristin J. Achterhof
Julia L. Mazur
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
kristin.achterhof@katten.com
julia.mazur@katten.com

*Attorneys for Defendant Oceania University of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which will send electronic notice to all attorneys of record.

/s/ Kristin J. Achterhof