# EXHIBIT 1

DECLARATION:

I accept the offer to become a student in the Post-Baccalaureate program of Oceania University of Medicine and will take the e-Foundation 100-Series block in the Term specified in my acceptance email. I further declare that the information submitted to OUM is accurate and complete.

I agree that:

a. The University may obtain official records from any school, university, or other tertiary institution which I previously attended.

b. The University reserves the right to vary or reverse any decision based upon incorrect or incomplete information provided by me or upon adverse information from transcripts or references.

c. I have received the current University catalogue. I have read, understood, and agree to abide by the University's policies stated therein, including the University's tuition fee refund policy conditions as shown in the Tuition Fees section of the OUM catalogue and website.

d. I accept and understand the primary source of communication is via the OUM Learning Management System (eOUM) and agree to abide by changes in policy as published on eOUM from time to time. I also understand that students are responsible for checking the catalogue and Student Handbook regularly for any policy changes.

e. I understand that official communication between OUM and me will be via the OUM e-mail address assigned to me, and/or via reply-paid or registered-post mail, when necessary, and agree to supply the University with my current postal address and with any future address changes.

f. I accept full responsibility for the consequences of not complying with or, when requested, responding to information contained in communications posted on eOUM or sent to my OUM e-mail address.

g. For students in OUM's MD program, the pre-clinical or basic science component of OUM's program is not considered complete until the In-House Exam has been passed by successfully meeting the minimum score and until the student has been cleared for, taken, and passed the United States Medical Licensing Exam Step 1.

h. I accept and understand that clinical rotations must be done at a site approved by OUM. The University has clinical sites and continues to establish additional options, but OUM can only guarantee clinical placements in Samoa.

Brenda Beza

Signature

Apr 19, 2019

Date

Brenda Beza

Print Name