**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDA BEZA,<br><br>Plaintiff,<br><br>v.<br><br>OCEANIA UNIVERSITY OF MEDICINE,<br><br>Defendant. | ) | Case No. 25-cv-14253<br><br>Judge Lindsay C. Jenkins |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE INITIAL STATUS REPORT**

Plaintiff Brenda Beza and Defendant Oceania University of Medicine ("OUM") respectfully request that the Court extend the deadline for submitting an Initial Status Report. In support of their joint request, the parties state as follows:

1. The deadline for the parties' Initial Status Report is October 13, 2026. (Dkt. No. 28.)

2. On October 9, 2026, OUM filed a motion to dismiss all counts in the Complaint, which, if granted in its entirety, would dispose of the case. (Dkt. Nos. 29–30, the "Motion to Dismiss.")

3. Given OUM's pending Motion to Dismiss, the parties respectfully request an extension of time to submit their Initial Status Report.

4. This is the parties' first request for an extension of time to file the Initial Status Report.

WHEREFORE, the parties respectfully request that the Court extend the deadline to submit their Initial Status Report.

Dated: October 13, 2026

Respectfully submitted,

/s/ John Norkus
John Norkus, Esquire
Lento Law Group P.C.
180 N. Stetson Ave, 35th Floor
Chicago IL 60601
P: (856) 652-2000
F: (856) 375-1010
john.norkus@llgnational.com

*Attorney for Plaintiff Brenda Beza*

/s/ Kristin J. Achterhof
Kristin J. Achterhof
Julia L. Mazur
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
kristin.achterhof@katten.com
julia.mazur@katten.com

*Attorneys for Defendant Oceania University of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which will send electronic notice to all attorneys of record.

/s/ Kristin J. Achterhof