**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Brenda Beza
Plaintiff,
v.
Oceania University of Medicine
Defendant.

Case No.: 1:25−cv−14253
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion to dismiss is due by November 1, 2026, and any reply is due by November 13, 2026. The motion for an extension of time [31] is denied. As explained on the court's standing order page, the court generally does not stay fact discovery pending motion practice and the motion to dismiss filed here does raise a colorable jurisdictional, statute of limitations, or similar issue. Indeed, even if the motion to dismiss were granted, Plaintiff would be given leave to amend. The parties are to propose a Rule 26(f) planning report by October 20, 2026, so that the court can impose a fact discovery schedule for the case. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.