**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Brenda Beza
Plaintiff,
v.
Oceania University of Medicine
Defendant.

Case No.: 1:25−cv−14253
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: It is unclear why Plaintiff's counsel declined to participate in the Rule 26(f) planning conference after the court ordered a jointly proposed Rule 26(f) planning report. The court imposes Defendant's proposed fact discovery schedule: Rule 26(a)(1) disclosures are due by November 9, 2026; written discovery may issue beginning on November 23, 2026; any amendments to the pleadings must be sought by November 30, 2026; all fact discovery shall be noticed in time for completion by March 24, 2027. A status report that updates the court on whether fact discovery can close on time is due by March 1, 2027. If it is the case that the parties require expert discovery, the court will impose the proposed schedule for that work closer to the close of fact discovery. By November 20, 2026, Plaintiff's counsel is directed to issue a written settlement demand to Defendant and file a certification on the docket that the demand has been made. Defendant must respond in writing to that demand by no later than December 21, 2026, and file a certification on the docket that it has responded to the demand made. The specific details of the settlement should not be disclosed in either certification. If at any time the parties agree to proceed with a settlement conference before the assigned magistrate judge, they can jointly email the courtroom deputy for a settlement referral. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.